# JS-6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. EDCV 13-02077-CJC(DTBx)                    Date:  February 18, 2014

Title: <u>DARRYL STEPHENS v. ADT</u>

PRESENT:

### <u>HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE</u>

<u>Michelle Urie</u>                                          <u>       N/A       </u>
Deputy Clerk                                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

    None Present                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

Plaintiff Darryl Stephens filed this action against Defendant ADT LLC ("ADT"), asserting causes of action for breach of contract, negligence, and wrongful death related to ADT's alleged failure to properly install a personal emergency response system. (*See* Dkt. No. 1 Ex. A ["Compl."].)  On December 27, 2013, ADT moved for judgment on the pleadings. (Dkt. No. 12.)  Mr. Stephens failed to oppose ADT's motion.  In light of Mr. Stephens's failure to do so, the Court issued an order on February 6, 2014 vacating the hearing on ADT's motion and ordering Mr. Stephens to show cause why the case should not be dismissed for failure to prosecute.  (Dkt. No. 14.)  Specifically, the Court noted its concern that Mr. Stephens, who is represented by counsel, had failed to oppose a potentially case-dispositive motion and was not interested in prosecuting the case any further.  Mr. Stephens was required to file an opposition to the Court's Order by February 14, 2014, yet he failed to respond.  Accordingly, the Court **DISMISSES** Mr. Stephens's action for his failure to prosecute and comply with the Court's February 6, 2014 Order.

jcm

MINUTES FORM 11
CIVIL-GEN                                          Initials of Deputy Clerk MU